FILED
U.S. DISTRICT COURT
SOUTHERN DIV.
2007 DEC 27 PM 1:53
CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| MANVESTER EVANS, III ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CV607-055 |
| ) | |
| CYNTHIA NELSON, Warden, ) | |
| ) | |
| Respondent. ) | |

## <u>ORDER</u>

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 27 day of December, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA